CDJ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Marilyn Hamilton

16 6579

(In the space above enter the full name(s) of the plaintiff(s).)

- against -

City School District of Philadelphia
Stearne Elementary Principal Jessica Rames
William R. Hite Superintendent of Schools
Deputy cheif Rachel Holzman Esq.
Carl W. Holmes JR. Cheif of School Safety
Stearne Elementary Security Guard Dennise ?? (N)
Stearne Employee Unknown Black Female woman who tried to assault child
Howe Academics plus Counselor Elizabeth Cortez
Marcia Boyce Stearne Director of Student svcs
Stearne Elementary Social worker (name unknown)
Truancy Dept at Philadelphia sd supervisor

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**COMPLAINT**

Jury Trial: ☐ Yes ☐ No
(check one)

**I. Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff

| | |
|---|---|
| Name | Marilyn L Hamilton |
| Street Address | 1752 Margaret Street |
| County, City | Philadelphia, Philadelphia |
| State & Zip Code | pennsylvania, 19124 |
| Telephone Number | 2154370314 |

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name City School District of Philadelphia
Street Address 440 .N. Broad Street
County, City Philadelphia ,
State & Zip Code Pennsylvania 19130

Defendant No. 2
Name William .R. Hite Superintendent
Street Address 440 . N. Broad Street
County, City Philadelphia , Philadelphia
State & Zip Code Pennsylvania , 19130

Defendant No. 3
Name Deputy cheif Rachel Holzman esq.
Street Address 440 .N. Broad Street
County, City Philadelphia , philadelphia
State & Zip Code Pennsylvania , 19130

Defendant No. 4
Name Carl W. Holmes Jr cheif of School safety.
Street Address 440 N. Broad Street
County, City Philadelphia , Philadelphia
State & Zip Code Pennsylvania , 19130

**II. Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
Q Federal Questions Q Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Retaliation, Civil Rights violation, Discriminatio Slandering myself + childs name, Failing to allow my child an education harsh treatment, Conditions, harsh punishment

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ______

Defendant(s) state(s) of citizenship ______

**III. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Stearne Elementary City School District, Webster Elem, Howe Elemen See Attachee.

B. What date and approximate time did the events giving rise to your claim(s) occur? Child was thrown out of school as a result of Retailiation 12/12/16 See*attachee*

C. Facts:

What happened to you?

Principal at Stearne Elementary and employees had practiced retailiation for nearly 1 whole week angry because I filed a petition with Federal Court and New with OCR I had reason and right to they retailiated please See *Attachee*

Who did what?

principal Jessica Ramos assisted district in throwing my child out of school beating my child up. then falsely filing Complaints to DHS and Truancy

*Please See proofs and attachee*

Was anyone else involved?

yes

(1) Dennise Stearne Security guard Caused excessive bleeding to child.

(2) Unknown name woman tried to beat childs butt

(3) New teacher was used to file false Complaints

(4) Sign Interpreter was used to say harsh things to me threats.

Who else saw what happened?

5. 4 black women which includes Mrs. Roye taunted, harrassed, Assaulted Child, bullied him etc. See Attachee*

*

**IV. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Distressed, stress out, hair fell out, sick stomach, child and self felt loss, Lack, we suffered pain undue hardship, my classes were reuined failing grade and lower grade then I should have actually recieved. Child recieved bruises loss of blood scarring, mentally abuse, physically abused. Child and myself recieved emergency counseling on going counseling

**V. Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I am seeking $27.9 million for the damages the district has caused myself and child. I also want for District to be made to pay for child to go to new private school for 5 years directly to parent. Be responsible and pay for counseling and a sign language Interpreter to each and any of my, and childs counseling sessions for an Hour a visit. District to enforce all employees even in all schools to be wearing an Id that is visible. District to take immediate steps when a complaint has been made that a teacher, principal or any facility member has abused a child or parent, wrongfuly detain a child and refuse to give the child to their parents.

Not Discriminate on age, race, sex, national origin Do not Discriminate signs or abuse usans children.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 22 day of December, 2016

Signature of Plaintiff Marilyn Hamilton

Mailing Address 1752 Margaret St Philadelphia pa 19124

Telephone Number (215) 437-0314

Fax Number *(if you have one)* ________

E-mail Address Ladysplace19124@yahoo.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of ______________________, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: ________________________________

Inmate Number ________________________________

December 22 2016

Marilyn L Hamilton

    Against

City School District Of Philadelphia

A. Events given rise at: Allen M. Stearne Elementary School 1655 Unity Street Philadelphia Pa 19124,  City School District 440 N Broad Street philadelphia Pa 19130, Julia Ward Howe Academics Plus School 5800 N 13th Street Philadelphia Pa 19141,and Webster Elementary School 3400 FrankFord Avenue Philadelphia Pa 19134.

B.What date and time did the events giving rise to your claims occur? Monday November 28th 2016 3:15 Pm ,Tuesday November 29 2016 entire day 8:30 till 3:09 Pm, Wednesday November 30th 2016 1:39 Pm, Thursday December 1, 2016 1:30 Pm, Friday December 2 2016 1:37 pm Students time of lunch ( unknown).

( Who did what ?) Monday November 28th 2016 at 3:13pm while child was talking to his teacher in my presence Marilyn L Hamilton Four black women employees at Stearne Elementary Ms Royce, other three names unknown and have been hidden not provided) Will show proof that even school principal his with holding names of employees) approached us child was interrupted, blamed by teacher Mrs Culman on the first day with the help of four black angry staff. Child was not allowed to be heard disrespected,

improperly interrupted, we were harshly being bullied given mad, angry facial expressions bad body language, and followed to door was held open by Ms Royce for us to get out all an act of retaliation.

Tuesday November 29th 2016 Child was very hurt down his self esteem was very low had his hands in his pocket his face was very sad.He began crying when he got home I pushed for him to tell me what was wrong.Child told me Ms Cullman treated him horribly, unfairly allowed a caucasian child who was hitting others to hit him constantly did nothing about it. But when child was making him stop in self defense Ms Cullman would yell holler at him say he was doing things that he did not do. Each time she called his name throughout the day she did it by yelling at him, called him rudely all day.This was only his second day with Mrs Cullman.She was mad to treat him with harshness.Child found himself having to explain over and over again to her.Child apparently was mentally abused the entire day which caused his self esteem to drop very low because he was a black kid being bullied he felt he had no rights. Child began crying hard and I had to help him.

Wednesday November 30th 2016 I received a false complaint from teacher and realization that these four black woman altogether were bothering him again by the teachers text. She sent me a text that delivered me the message that made me aware clearly the school was up to something, as the entire week the school stated my child was doing all these horrible things they disrespected me right in the presence of my child non stop bullied myself and child the entire week. Wednesday the teacher Ms Cullman made a false complaint however she shed light as well. I spoke to my son he said mommy nothing be going on the ladies were all coming into his classroom at him together bothering him as in bully questioning him 4 Black ladies all with walkie talkies names are not all known 1 Ms Royce, School Counselor, Unknown name this is same woman who tries to whip my son even in my presence, 4th women black unknown name. Son apparently is scared of every last woman whether together or separated he

is scared of them even when I am there. Women's and entire school and C.(Facts): District were in support that I filed a complaint of Violation /Discrimination on the school against myself and child. But yet I am always truthful about what I complain about District/School personnel prefers that I hush and not report.

 Ms Royce sent a note home stating my child was breaking the school of conduct rules and for me to come in for a meeting. She did not say what he was doing in the letter. I asked my son what happened Child claimed "nothing they just kept picking at him the whole day snapping at him coming into his classroom bullying him all day four black ladies". I received no clarification from neither teacher nor Ms Royce who set up the meeting.The teacher did not say what child did nor did she request a meeting Ms Royce did teacher also did not get back to me the rest of the week in any such complaint.

Thursday December 1 2016 1:30 pm I showed up to the school for the meeting.( this interrupted my schedule as I was working with children voluntarily part of my educational goal and in studies constantly). Ms Royce did not arrange for a sign interpreter however she wrote everything she stated.She stated she does not know of any concerns of what my child has done, stated she would have to ask the child's teacher.Ms Royce set that meeting up so she should have known.I asked my child was there a problem he said mommy I dont be doing nothing they keep being mean to me,but everything was fine no problem mommy. I filed a complaint in the schools office regarding the teacher yelling at him and the bullying. Ms Royce was snooping up on me and became fierce I told her this was not about you. When I finished filling out the complaint I gave it to the secretary at the front desk and asked her for a copy, Ms Royce went to go read my complaint /concern form.I then left was walking out ,but I chose to stop by my sons class,and give him money for a snack child seemed like he was experiencing negativity, but he did not tell me yet. Child and I were talking about purchasing a healthy snack without too much sugar. A woman who

apparently was walking around me in a suspicious manner (same lady who bullied child when he was was talking to his teacher Monday 11/28/2016) pointed her walkie talkie at him directly walking at him the walkie talkie was in his face nearly touching his nose she said" why you was cussing'? My son was backing up away from her and she continued to come at him (she looked like something evil was inside of her it was so scary even I was scared). Child ran behind me she said Yesss you did she Imma Beat Your Butt" Son started running behind me getting away from her she kept trying to catch my son and beat his butt in my presence Both the woman Stearne Elementary Employee and my son were circling me. My son was trying to get away and she the woman employee was trying to beat his butt.Employee is a older woman age 55-50 years old thick glasses wears mostly wigs dark skinned wig was trying to come off when she was trying to beat my son's butt that is how I know it was a wig, but couldn't catch him. woman walked away she filed no complaints there wasn't any complaint from his teacher or anyone that he had been cursing saying bad language. Child was so scared he stated mommy that lady keep on bothering I wanna go with you. I said  go back into class I am gonna wait outside for you I am not going nowhere. Child apparently was so scared he said wait he got permission instead to leave class for the day right after that incident.The experience,situation left me and child shaken and scared.My son was rambling about what that lady was doing to him that whole day. He said she kept bothering him coming to his class bothering him all day. I said I know because she did it right in my face.I filed a complaint re this incident online instead of going back to the office we just wanted to get out of there it seemed to be a very dangerous,hostile, intimidating, and trying to provoke me environment.I handled that well my son handled that well also he ran from her over doing anything else.I kept my mouth closed and allowed my child to take cover I did not stop him from running and getting away from her it is best. We left the building I filed the bullying complaint online and at the District no on the supervisors, heads, superintendent did absolutely nothing.

Friday December 2 2016 I received a text without enough information no clarification, possibly meant for me to be surprised so I can act in a way that will make me look like I did something or get me accused, as school was trying to provoke me and child all week long.I came to the school most of the staff were negatively talking to me looking at me rudely like they were mad at me as if I did something major to them.I never crossed anyone of them, and my child did not cross them either he was just being used to be retaliated against.To find a way to fit him into a negative lable stating and making up that he was acting out even if another child initiated a fight with him for no apparent reason.The school will use that to start a bunch of confusion and add ons and this is when they began even beating him up on Friday harshly causing blood scratches and scars.This was not a situation where a child was at the time fighting. The self defense had already stopped the other child who had initiated the fight by hitting my son about the head repeatedly and back of head was already gone off the school yard into the building. My child was still in the school yard when all of the sudden several staff the principal Mrs Jessica Ramos and the Security guard Dennis began roughly, and harshly beating my child pulling him pinning him down for no apparent reason they could have killed my child as he stated the boy who initiated the fight had been banging punching him all over his head and throwing him down and wouldn't stop so he defended himself pushed the boy off of him when he came at him.My child was not looked down as self defense he was negatively stated to have done a whole bunch of things including assaulting the police. I came there the police had absolutely no complaints to me they waited for me to get there and once the child was in my possession and I left so did the two officers none of them had a complaint of my child doing anything to them as stated in the suspension letter.I maintained my calmness and when I got home my child had blood everywhere blood all over his shirt his arm was bruised his head was bruised. The head bruise back of head resulted from the boy punching him from behind, the long 8 inch to 10 in scratch redness was done by Jessica Ramos principal who had been digging her nails into my

childs arms, the bruise which leaked blood was caused by the security guard. However there were 4 people improperly abusing him unknown white male who works in office short, unknown name of food service employee male. It doesn't take 3  grown strong males and one grown woman to handle a 10 year old boy who was in pain just gotten beaten up by another kid. ( Pictures of Bruises Provided).Child was unfairly suspended for 5 days we used those days for safety felt safer than going to the school.

Meeting was set December 12th 2016 at 1:30 in order for child to come back to school with Principal Jessica Ramos. I attended the meeting a sign interpreter was provided child still did not feel safe, I felt it was so unright to be putting him back into that school it all didn't make sense, I wanted my child to be educated but it was happening in danger and unsuitable conditions. At the meeting Ms Ramos apparently was trying to support the schools goal to get me to sign forms to have my child counseled with their choice through the school and no outside resources just them.Ms Royce walked up to me with a bullying behavior and papers.The purpose is to hide and falsefy information so that it can be falsely recorded  and hidden that the child was experiencing abuse,bullying, improperly detainment from the schools Webster, Howe, and Stearne Elementary.The schools and District do not want that information shared outside of the school or complaint of I was asked previously by assistant Principal Bryon Golson of Webster Elementary not to share with anyone and my child about the complaint of discrimination.However documentation was provided proof that the schools and districts were violating my child and self civil rights,discriminating us by age,and disability.The meeting did not go in the favor of Ms Jessica Ramos on Monday December 12th 2016 at 1:30 however she stated child can go back to class a sign language interpreter was there and provided. But the meeting was planned in the favor of the school it did not give my child or self any rights and was a added way to try and constantly which they have been doing so long push me to sign my child into therapy/counseling

directly with the school no outsiders and sign their papers... which I have stated over and over child is already in therapy receives counseling ,and at times I explain that I know what to do ,and I will take care of that outside of the school and not inside that will give us parties  the ability to see what is going on this is what I stated to Ms Royce at Stearne Elementary this school had called Child protective services on me on the first week of school filed about 11 complaints told me to get my child some mental health counseling we didn't do anything wrong to this school we just started here).I have done just that without any problem no force no court order harassment yes, but each school would push even if it was the first day recommend a counseling service through the school to me I declined because I knew nothing was wrong with my child and that he was being bullied and retaliation was  constantly remaining in effect. Any counseling done through the school was unreal because they are the ones who caused any or such problems child doesn't have any mental problems however the school had been beating on him treating him badly (it's obvious they were retaliating and setting up some plan with a goal to support districts and Webster Elementary's plan because how does a school offer counseling on the first day and question me about what happened over there at Webster Elementary seeing that I don't want their counseling ask me well do you want me to go ahead and have child home schooled asked Miss Elizabeth Cortez Howe Elementary school counselor.)disrespecting me and him in one another's face I was assaulted by a webster employee and insulted and lied on as well. On a meeting at one of the Philadelphia Schools Webster Elementary when I did not understand something because they would not provide a sign language interpreter as I have some hearing loss, and I refused the meetings. Sherry Arabia would bully me to come to a meeting and physically push me to go into a room with her body or use threat of child will not get educated if I don't come into the room.Once I was in a room when I misunderstood anything Sherry would get in my face shake her head closely into my face point her hand closely in my face and say it clearly. I handled all that well normally you will see people who do not, but I didn't do anything back.I

chose to be out of the room child is a witness to much of the abuse done to me,and himself by the schools each school through Philadelphia City School District.He is scared not having a mental issue this is not good for a child's mental health and can cause problems for the child.

 On December 12 2016 when I left the meeting prior to that principal told me I cannot come back to the school again.Just for being upset non physically for  her beating my child up bruising him and refusing to sign their documents the same documents.I had left the building with no problem 27 minutes later the principal Jessica Ramos texted me to come back to the school and get my child. Child was recommended to keep a cell phone to call me the parent because he was not feeling safe. Child explained that Ms Royce had came to his class to pull him out to go to the office he refused to go because he felt they were gonna beat him up again for no reason and cause confusion he was scared so he tried to call me by phone and run to door to flag me down call me but I didn't hear him. Child was not playing phone games he was earnestly trying to call me but that phone wasn't working right it was on wifi.I returned and I was only 10 minutes away. Upon arriving the sign interpreter was still on premises which was strange because normally after every meeting I have seen the sign interpreter's  leave the building complete their assignment and then leave.That interpreter was requested to stay at that the time I arrived I was doing exactly what I was told and leave I asked child to come on and we left I didn't ask anybody any questions. As  I suspected they were provoking me and I didn't want any trouble. Nearly out the door Jessica Ramos called me back using my child she said I have to sign him out. Thats  weird cause it was end of day and they told me to get him. So I said okay signed child out when I was signing him out Jessica was saying all this harsh stuff to me she stated " Do Not bring your child back to this school " If you bring him back you will never see him again". " I'm going to see to it that he ends up in a Crazy Mental Hospital" These are all considered dangerous life threats..

December 13 th 2016 I filed a complaint with the District showed the District the child's pictures of his bruises as well the District did NOT take any steps to ensure my child's safety.The District went on the try and fulfill the need to get themselves covered they were focused on getting a document signed for them to have permission to say they counseled child provided him therapy this is to assist the district with cover ups they were not concerned about the abuse and did not want copies of the pictures or focus on the complaint, they also were protecting the district as they can get into trouble for throwing my child out of school banning him from education improperly for no reason and the abuse. I asked Mr Dean if the child lets your therapy and counseling workers know about the abuse that took place through the schools if they will report it to higher personnel and outside of the District Mr Dean said no Stage has to report that himself. I said I prefer to change my child's school. Mr Dean said the child's school cannot be changed until I sign forms and get him in counseling through the school District. I said that won't be happening.He said there's nothing he can do for me that was set up by his bosses upstairs (City School District Of Philadelphia Superintendent Hite, and Deputy Chief Rachael esq ) each Department in the District is told not to provide me any such assistance if I want to file a complaint by paper I can by paper only, but after I write any paper I must leave and be on my way. My child is currently not receiving any education only by me providing it assisting him to stay reading practicing and writing. I have earnestly been trying to find him educational facility outside of his home including home school earnestly as well as teaching him looking up 3rd graders work and material so that he is still practicing while i so much try to pull something through.Apparently this child willingness to learn is high intention he loves learning and being in school he has shown me that even I can teach and he will learn. District set up a meeting after I did not stop at Mr Deans No. I went to different offices and ended back up at Mr Deans office and he set up by calling a F.A.C.E coordinator supervisor to meet with me back up at the school 8 am the next day. I told him and the others it did not make any sense child sustained bruises is scared too much violation happened at the school and

the Principal threatened his life I cannot put him back into all that. That's not safe they would not listen to me no one did not even response back to my emails for help assistance pleas.

Wednesday December 14 2016 8 am I showed up to Stearn Elementary there apparently were about 7 womens in the meeting I was not expecting such a meeting in that way. But However principal Jessica immediately went on to say that what will happen if my child assaults adults  in which he never did No names were introduced everyone was looking at me angrily, Whenever Jessica made a  statement she said do you understand Ms Hamilton.I did not respond it didn't make any sense. When I spoke as to report the  abuse while everyone was there the F. A. C.E coordinator, Mrs Ramos interrupted me repeatedly to avoid talking about and exposing those concerns I said wait a minute I am talking now that lady tried to beat my son's butt, you all were hitting him he had all those damn bruises all that blood and we should just throw that out and don't talk about that I was very upset I said  Ms Ramos you threatened  my son's life directly to me and that interpreter was there and told me not to bring him back and we don't talk about that. I said forget this meeting I am out of here and back to the District. I went back to the District immediately and  school contacted Mrs Holtman and Mrs Rachel Holtzman directed that all staff immediately not give me any service or communicate with me at all. It also was said I am refusing my child services and counseling and everything is my fault.

DHS was called in complaint on me on December  14 2016 By Principal Jessica Ramos that I would not get my son any  counseling services and help him. Dhs  Came to the home unexpectedly talked with me did an investigation. This is the 5 investigation and complaint made my Philadelphia City School District Schools. It is mostly Slanderous, Lies, intimidation, threatful, and falsifications that's they make towards me. Stearn Elementary School has made 3 complaints by this time to Dhs. Last case closed November 25th 2015 school became very mad. They filed a new complaint on December 14th opening another investigation back up on

me again. On Monday December 20th 2016 Stearne Elementary principal Jessica Ramos filed another complaint with DHS that I was not bringing my child to school when Stearn kicked my child out of school and made a death threat directly to me using the sign interpreter telling me NOT to bring the child back to this school. I didn't prefer for my child to not be in school nor do I prefer for him to be home educated or not learning that's horrible to not have education. This was done by Jessica Ramos, I was looking at the need for education as well as safety matters and it was not safe and is never a good ideal to sit up in abuse never kid or adult that's dangerous.A person can get killed like that, my child suffered enough emotional distress, taunt , bully abuse , neglect from philadelphia City School Districts all because they want to retaliate and were violators they believe in whipping children talking rudely or harshly about the kid calling them retarded,mentally challenged, need pills, and talking about their parents right in front of the kids and others. I noticed that out of 20 employees in any dept or school usually there is always 1 employee who is law abiding and does not abuse or neglect the students but they have witnessed other employees in violation but they do not report or say anything in fear of their employment.

12/22/16



# CITY OF PHILADELPHIA

**DEPARTMENT OF HUMAN SERVICES**
1515 Arch Street, Philadelphia, PA 19102
215-683-4DHS (4347)
www.phila.gov/dhs

**Commissioner**

CYNTHIA F. FIGUEROA

Wednesday, December 14, 2016

Marilyn Hqamilton
1752 Margaret Street
Philadelphia, PA 19124

RE: Children and Youth in Household
DHS #: 644879 REYES
Referral#: 7757222

Dear Marilyn Hqamilton:

The Philadelphia Department of Human Services has received a report alleging the above are in need of general protective services due to a lack of adequate supervision.

Under the Child Protective Services Law and Regulations of the Commonwealth of Pennsylvania, the Department must make an assessment of every general protective services report received. The purpose of the law is to protect children and youth from abuse and neglect, to provide necessary services to ensure their safety, and to preserve and stabilize the family whenever possible.

I have been assigned to investigate this report to determine if a problem exists affecting the safety and well being of any children and youth in your home, and if so, to do everything possible to help you with this problem.

☐ I have made an unscheduled visit regarding the allegation of inadequate supervision, and I have discussed with you the care of the children and youth in your home. It is my responsibility to make another unscheduled visit regarding the allegation of inadequate supervision.

☐ I have made an unscheduled visit regarding the allegation of inadequate supervision and no one was home. I will be visiting you again on ____________________ between _________ and __________ to discuss the care and supervision of the children and youth in your home. I look forward to seeing you at that time and to offering you any help you may need.

Sincerely,

* Parent shared copy but blacked out worker & supervisor's name because she don't trust the district *



# CITY OF PHILADELPHIA

**DEPARTMENT OF HUMAN SERVICES**
1515 Arch Street, Philadelphia, PA 19102
215-683-4DHS (4347)
www.phila.gov/dhs

**Acting Commissioner**

JESSICA S. SHAPIRO

**Deputy Commissioners**

GARY D. WILLIAMS, CYD
TIMENE FARLOW, JJS
CHANELL HANNS, FINANCE

6/22/16

ms Merylin Hamilton
2056 Albright St
Phila PA 19134

6/22/16

RE: Saye Reyes
DHS#: 644879

Dear Ms: Hamilton

The Philadelphia Department of Human Services has received a report alleging the above are in need of general protective services due to a lack of adequate supervision.

Under the Child Protective Services Law and Regulations of the Commonwealth of Pennsylvania, the Department must make an assessment of every general protective services report received. The purpose of the law is to protect children and youth from abuse and neglect, to provide necessary services to ensure their safety, and to preserve and stabilize the family whenever possible.

I have been assigned to investigate this report to determine if a problem exists affecting the safety and well being of any children and youth in your home, and if so, to do everything possible to help you with this problem.

☑ I have made an unscheduled visit regarding the allegation of inadequate supervision, and I have discussed with you the care of the children and youth in your home. It is my responsibility to make another unscheduled visit regarding the allegation of inadequate supervision.

☐ I have made an unscheduled visit regarding the allegation of inadequate supervision and no one was home. I will be visiting you again on between and to discuss the care and supervision of the children and youth in your home. I look forward to seeing you at that time and to offering you any help you may need.

Sincerely,

If you have a question, complaint, concern, or suggestion about DHS and its operations call the Commissioner's Action Response Office (CARO) at 215-683-6000 or visit our website: dhs.phila.gov and click on the "suggestions" link.



# CITY OF PHILADELPHIA

**DEPARTMENT OF HUMAN SERVICES**
1515 Arch Street, Philadelphia, PA 19102
215-683-4DHS (4347)
www.phila.gov/dhs

**Acting Commissioner**

JESSICA S. SHAPIRO

**Deputy Commissioners**

GARY D. WILLIAMS, CYD
TIMENE FARLOW, JJS
CHANELL HANNS, FINANCE

RE: Stage Reyes
DHS#: 6448879

Dear Ms: Hamilton

The Philadelphia Department of Human Services has received a report alleging the above are in need of general protective services due to a lack of adequate supervision.

Under the Child Protective Services Law and Regulations of the Commonwealth of Pennsylvania, the Department must make an assessment of every general protective services report received. The purpose of the law is to protect children and youth from abuse and neglect, to provide necessary services to ensure their safety, and to preserve and stabilize the family whenever possible.

I have been assigned to investigate this report to determine if a problem exists affecting the safety and well being of any children and youth in your home, and if so, to do everything possible to help you with this problem.

☐ I have made an unscheduled visit regarding the allegation of inadequate supervision, and I have discussed with you the care of the children and youth in your home. It is my responsibility to make another unscheduled visit regarding the allegation of inadequate supervision.

☑ I have made an unscheduled visit regarding the allegation of inadequate supervision and no one was home. I will be visiting you again on between and to discuss the care and supervision of the children and youth in your home. I look forward to seeing you at that time and to offering you any help you may need.

Sincerely,

, DHS Worker

, DHS Supervisor

Please call for closing visit

If you have a question, complaint, concern, or suggestion about DHS and its operations call the Commissioner's Action Response Office (CARO) at 215-683-6000 or visit our website: dhs.phila.gov and click on the "suggestions" link.



# CITY OF PHILADELPHIA

**DEPARTMENT OF HUMAN SERVICES**
1515 Arch Street, Philadelphia, PA 19102
215-683-4DHS (4347)
www.phila.gov/dhs

**Acting Commissioner**

JESSICA S. SHAPIRO

**Deputy Commissioners**

GARY D. WILLIAMS, CYD
TIMENE FARLOW, JJS
CHANELL HANNS, FINANCE

September 30,2016

Mariyln Hamilton
5350 N. 13th
Philadelphia 19141

RE: Reyes
DHS#: 644879#

Dear Mariyln Hamilton :

The Philadelphia Department of Human Services has received a report alleging the above are in need of general protective services due to a lack of adequate supervision.

Under the Child Protective Services Law and Regulations of the Commonwealth of Pennsylvania, the Department must make an assessment of every general protective services report received. The purpose of the law is to protect children and youth from abuse and neglect, to provide necessary services to ensure their safety, and to preserve and stabilize the family whenever possible.

I have been assigned to investigate this report to determine if a problem exists affecting the safety and well being of any children and youth in your home, and if so, to do everything possible to help you with this problem.

☐ I have made an unscheduled visit regarding the allegation of inadequate supervision, and I have discussed with you the care of the children and youth in your home. It is my responsibility to make another unscheduled visit regarding the allegation of inadequate supervision.

☐ I have made an unscheduled visit regarding the allegation of inadequate supervision and no one was home. I will be visiting you again on between and to discuss the care and supervision of the children and youth in your home. I look forward to seeing you at that time and to offering you any help you may need.

Sincerely,

If you have a question, complaint, concern, or suggestion about DHS and its operations, *call the Commissioner's Action Response Office (CARO) at 215-683-6000* or visit our website: dhs.phila.gov and click on the "suggestions" link.

GPS Unscheduled Visit Lack of Supervision

**REPORT OF**
**Stage M Reyes**
**STUDENT ID - 9090030**

GRADES 1 - 3 REPORT CARD
YEAR ENDING JUNE 2017
CYCLE 1

**STEARNE, ALLEN M. SCHOOL - 7290**
PRINCIPAL - JESSICA RAMOS
TEACHER - Kelly Kaczmarek
ROOM - 301 GRADE - 03

| SUBJECTS | 1ST GRADE | 1ST EFFORT | 1ST BEHAVIOR | 2ND GRADE | 2ND EFFORT | 2ND BEHAVIOR | 3RD GRADE | 3RD EFFORT | 3RD BEHAVIOR | 4TH GRADE | 4TH EFFORT | 4TH BEHAVIOR | FINAL GRADE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| READING | C | | | | | | | | | | | | |
| WRITING (minimum 4 samples per marking period) | | | | | | | | | | | | | |
| ORAL COMMUNICATION | | | | | | | | | | | | | |
| MATHEMATICS | C | | | | | | | | | | | | |
| SCIENCE | B | | | | | | | | | | | | |
| SOCIAL STUDIES | C | | | | | | | | | | | | |
| PHYSICAL EDUCATION | B | 2 | 2 | | | | | | | | | | |
| HEALTH EDUCATION | C | | | | | | | | | | | | |
| MUSIC | | | | | | | | | | | | | |
| VISUAL ARTS | A | 2 | 2 | | | | | | | | | | |
| Elem - Computer and Technology Skills | B | | | | | | | | | | | | |

| | 1ST | 2ND | 3RD | 4TH |
|---|---|---|---|---|
| *INSTRUCTIONAL READING TARGET FOR MARKING PERIOD* | M or above | N or above | O or above | P or above |
| YOUR CHILD'S READING INSTRUCTIONAL LEVEL FOR MARKING PERIOD | | | | |
| YOUR CHILD'S INDEPENDENT READING LEVEL FOR MARKING PERIOD | | | | |
| *ENGLISH PROFICIENCY LEVEL (ELL Students only)*<br>1.0 - 1.9 = Entering 4.0 - 4.9 = Expanding<br>2.0 - 2.9 = Beginning 5.0 - 5.9 = Bridging<br>3.0 - 3.9 = Developing 6.0 = Reaching | | | | |

| 21ST CENTURY SKILLS / CHARACTER DEVELOPMENT | 1ST | 2ND | 3RD | 4TH |
|---|---|---|---|---|
| SHOWS RESPECT AND COMPASSION FOR OTHERS | | | | |
| USES TIME WISELY | | | | |
| WORKS WELL WITH OTHERS | | | | |
| USES CHALLENGES AS AN OPPORTUNITY TO LEARN | | | | |

| SUBJ | COMMENTS |
|---|---|
| ELA | Has difficulty with reading skills |
| HOME | Helpful to classmates and others |
| HOME | Has trouble staying focused in group activities |
| HOME | Does not make appropriate transitions between activities |
| HOME | Inattentive |

| STAGES OF WRITING (GRADE 1 ONLY) | Stage 1 | Stage 2 | Stage 3 | Stage 4 | Stage 5 | Stage 6 |
|---|---|---|---|---|---|---|
| | | | | | | |

**ACADEMIC SUPPORTS**

| ATTENDANCE | 1ST | 2ND | 3RD | 4TH | FINAL |
|---|---|---|---|---|---|
| DAYS PRESENT | 31.5 | | | | |
| DAYS ABSENT | 8.5 | | | | |
| UNEXCUSED ABSENCES (of Days Absent) | 2.0 | | | | |
| TIMES LATE | 1.0 | | | | |

Did you know... you can access your child's progress data, grades, attendance, benchmark test scores, standardized test scores, and internet resources through the Parent Portal? For more information, please visit our web site at: http://www.philasd.org and click login, then enter or create a new account.

| GRADE | PERFORMANCE, EFFORT AND BEHAVIOR INDICATOR |
|---|---|
| A - 90 - 100 | 1 - OUTSTANDING |
| B - 80 - 89 | 2 - SATISFACTORY |
| C - 70 - 79 | 3 - IMPROVEMENT NEEDED |
| D - 65 - 69 | |
| F - 0 - 64 | |
| NG - NO GRADE | |

STEARNE, ALLEN M. SCHOOL - 7290
1655 UNITY ST.
PHILADELPHIA, PA 19124

**TO THE PARENT OR GUARDIAN OF:**
STAGE M REYES
1752 MARGARET ST
PHILADELPHIA, PA 19124

**THE SCHOOL DISTRICT OF PHILADELPHIA**

Dear Parent/Guardian,

Reviewing this report card is just one of the many ways you can stay well informed, empowered, and involved in your child's education.

Each day that you ask your child what book they read that day, what math problem they solved, or what discovery they found most interesting tells your child that what happens in school matters to the most important person in their life – you.

We welcome you in our schools and encourage you to be a partner with your child's teacher. For all of us, the rewards of helping your child develop into a successful and happy adult are immeasurable. Thank you for allowing The School District of Philadelphia to be an important part of your child's life.

Respectfully,

William R. Hite, Jr., Ed.D, Superintendent

11/17/2016 12:20:43 PM

**THE SCHOOL DISTRICT OF [illegible]**
**OFFICE OF STUDENT ENROLLMENT [illegible]**

**440 N. Broad Street, 1st Floor Suite [illegible]**
PHILADELPHIA, PENNSYLVANIA [illegible]

DANIELLE SEWARD
*DEPUTY*

# Youth Experiencing Homelessness Verification for the Purposes of School Enrollment/Support (Domestic Violence Shelter Placement)

**Student Information**

**Stage Reyes (3rd Grade)**

**DOB: 10/01/2006**

**Howe Academics Plus School**

5800 N. 13th St.
Philadelphia, PA 19141
Phone: (215) 276 - 5270

SCHOOL REFORM COMMISSION
THE SCHOOL DISTRICT OF PHILADELPHIA, PA.

**Verified Temporary Address:**

PO Box 49050 Philadelphia, PA 19141

I am providing this letter of verification as a McKinney-Vento School District Liaison.

As per the Public Law 110-84, I am authorized to verify this student's living situation. No further verification by the School and/or Financial Aid Administrator is necessary. Should you have additional questions or need more information about this student, please contact me at 215-400-6045.

This letter is to confirm that the student was homeless after August 1, 2016. This means that the student was living in a homeless situation, as defined by Section 725 of the McKinney-Vento Act.

| Authorized Signature | Date **8/24/2016** |
|---|---|
| Print Name **Al B. Quarles Jr.** | Telephone Number **215-400-6045** |
| Title **Administrator of Homeless and Emergency Services** | |

**Best Behavioral Healthcare, Inc.**

5043 Frankford Avenue Philadelphia, PA 19124

Office (215) 744 4343 Fax (215) 744-8731

12/12/16

Allen M. Stearne Elementary School

1655 Unity Street

Philadelphia, PA 19124

215-537-2522

RE: Stage Reyes, 12/12/16, DOB:11/1/2006 – Regarding therapy

To Whom It May Concern:

This is to confirm that Stage Reyes has been in therapy at Best Behavioral Healthcare at 5043 Frankford Ave., Philadelphia once a week since 10/28/16.

If you have any questions, please feel free to contact us and ask for his therapist Rachelle Kingcaid at 215-744-4343.

Regards,

Rachelle Kingcaid, MA - Psychotherapist